1  MELINDA HAAG (CABN 132612)
   United States Attorney
2
3  MIRANDA KANE (CABN 150630)
   Chief, Criminal Division
4
   ANN MARIE E. URSINI (CABN 269131)
   Special Assistant United States Attorney
5     150 South Almaden Boulevard, Suite 900
      San Jose, California 95113
6     Telephone: (408) 535-5037
      Facsimile: (408) 535-5066
7     annmarie.ursini@usdoj.gov

8  Attorneys for the United States

9
                    UNITED STATES DISTRICT COURT
10
                  NORTHERN DISTRICT OF CALIFORNIA
11
                         SAN JOSE DIVISION
12

13
   UNITED STATES OF AMERICA,        )    No.   CR 11-00473 RMW
14                                  )
          Plaintiff,                )    STIPULATION AND [~~PROPOSED~~]
15                                  )    ORDER CONTINUING HEARING TO
      v.                            )    January 9, 2012  AND EXCLUDING TIME
16                                  )    FROM December 19, 2011 TO January 9,
   JESUS ARTEAGA-CASTANEDA,         )    2012 FROM THE SPEEDY TRIAL ACT
17                                  )    CALCULATION
          Defendant.                )
18                                  )
                                    )
19

        The parties, acting through respective counsel, hereby stipulate, subject to the Court's
20
   approval, that the hearing currently set for Decmber 19, 2011 at 9:00am be vacated, and that the
21
   hearing be re-set for January 9, 2012 at 9:00am.  The government is requesting the continuance
22
   of the hearing due to government counsel's need to travel out of town to attend funeral services
23
   for a close family friend.  The parties are also working to resolve a legal question that will impact
24
   the terms of our potential disposition.
25
        The parties stipulate that the time between December 19, 2011 and January 9, 2012 is
26
   excluded under the Speedy Trial Act, 18 U.S.C. §3161, and agree that the failure to grant the
27
   requested continuance would unreasonably deny counsel for both Parties reasonable time
28
   necessary for effective preparation, taking into account the exercise of due diligence, and for

                                        1

1 | continuity of counsel.  Finally, the parties agree that the ends of justice served by granting the
2 | requested continuance outweigh the best interest of the public, and the defendant in a speedy trial
3 | and in the prompt disposition of criminal cases.  18 U.S.C. §§ 3161(h)(7)(A) and (B)(iv).
4 |
5 | DATED: December 14, 2011        MELINDA HAAG
                                    United States Attorney
6 |
7 |                                  ___/s/_____
                                    ANN MARIE E. URSINI
8 |                                  Special Assistant United States Attorney
9 |
10 |                                 ___/s/_____
                                    VARELL L. FULLER for LARA VINNARD
11 |                                 Attorney for Defendant

1  **[PROPOSED] ORDER**

2    Based upon the stipulation of the parties, and for good cause shown, the Court HEREBY
3 ORDERS that the hearing in this matter previously set for December 19, 2011 at 9:00am is
4 vacated, and the matter is continued to January 9, 2012 at 9:00am.  Further, the Court ORDERS
5 that the time between December 19, 2011 and January 9, 2012 is excluded under the Speedy
6 Trial Act, 18 U.S.C. §3161.  The court finds that the failure to grant the requested continuance
7 would unreasonably deny counsel for both parties reasonable time necessary for effective
8 preparation, taking into account the exercise of due diligence.  Furthermore, the Court finds that
9 the ends of justice served by granting the requested continuance outweigh the best interest of the
10 public and the defendant in a speedy trial and in the prompt disposition of criminal cases.  The
11 court therefore concludes that this exclusion of time should be made under 18 U.S.C. §§
12 3161(h)(7)(A) and (B)(iv).

13
14 IT IS SO ORDERED.
15 DATED:  _____                                            _____
16                                                                                         RONALD M. WHYTE
                                                                                              UNITED STATES DISTRICT JUDGE

3